1030

No. 87–5911. TURNER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 87–5912. WELLS v. HARDY ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–5918. TERRY v. MORGAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–5922. GARDNER v. FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–5927. STRONG v. MERCANTILE TRUST CO., N. A. C. A. 8th Cir. Certiorari denied.

No. 87–5928. WEBER v. NORDMAN, CORMANY, HAIR & COMPTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–5944. NOLL v. WILKERSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–5949. BRATCHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–5977. BERKMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–5986. SAVAGE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–5991. THOMAS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–5994. GLASS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5998. ELRICH ET AL. v. WRIGHT ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–6009. MORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6015. FALCON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.